IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:09cr32

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOHN PETER BRADLEY. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss. [Doc. 4].

For the reasons stated in the Government's Motion, and for cause shown, the Government's Motion to Dismiss [Doc. 4] is **GRANTED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: January 14, 2010

Martin Reidinger
United States District Judge